UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY GILBERT,<br><br>          Plaintiff,<br><br>    v.<br><br>AMY'S KITCHEN, INC.,<br><br>          Defendant. | Case No. 14-cv-04380-SI<br><br>**ORDER STAYING CASE** |

On November 17, 2014, the Court related this case to *Figy v. Amy's Kitchen, Inc.* 13-cv-3816. For the reasons stated in its prior order entered July 7, 2014, the Court hereby stays the *Gilbert* action pursuant to the primary jurisdiction doctrine. *Figy*, Docket No. 71.

**IT IS SO ORDERED**.

Dated: November 18, 2014

_____
SUSAN ILLSTON
United States District Judge