```
 1  MAYER BROWN LLP
    Dale J. Giali (SBN 150382)
 2  dgiali@mayerbrown.com
    Andrea M. Weiss (SBN 252429)
 3  aweiss@mayerbrown.com
    350 South Grand Avenue, 25th Floor
 4  Los Angeles, CA  90071-1503
    Telephone: (213) 229-9500
 5  Facsimile:  (213) 625-0248

 6  Attorneys for Defendant
    AMY'S KITCHEN, INC.
 7
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COREY GILBERT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMY'S KITCHEN, INC.<br><br>                    Defendant. | Case No. 3:14-cv-04380-SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER**<br><br>Judge:          Hon. Susan Illston<br><br>Action Filed: September 29, 2014 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 31, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney Michael L. Resch withdraws as counsel for Amy's Kitchen, Inc. and will no longer appear as counsel of record in this action.

Amy's Kitchen, Inc. will continue to be represented by Dale J. Giali and Andrea M. Weiss of the law firm Mayer Brown LLP.

DATED:  December 31, 2014				MAYER BROWN LLP


						By: /s/ Michael L. Resch
						    Michael L. Resch
						ATTORNEYS FOR DEFENDANT
						Amy's Kitchen, Inc.

### [PROPOSED] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

DATED:  1/5/15

						_____
						Hon. Susan Illston
						Judge, United States District Court

NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER; CASE NO. CV 13-03816-SI

713671893.1

1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  dgiali@mayerbrown.com
   Andrea M. Weiss (SBN 252429)
3  aweiss@mayerbrown.com
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   AMY'S KITCHEN, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | COREY GILBERT, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-04380-SI |
| --- | --- |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER** |
| v. | Judge:      Hon. Susan Illston |
| AMY'S KITCHEN, INC. | Action Filed: September 29, 2014 |
| Defendant. | |

NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER;
CASE NO. CV 13-03816-SI

713671893.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 31, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney Michael L. Resch withdraws as counsel for Amy's Kitchen, Inc. and will no longer appear as counsel of record in this action.

Amy's Kitchen, Inc. will continue to be represented by Dale J. Giali and Andrea M. Weiss of the law firm Mayer Brown LLP.

DATED: December 31, 2014               MAYER BROWN LLP

By: /s/ Michael L. Resch
    Michael L. Resch
ATTORNEYS FOR DEFENDANT
Amy's Kitchen, Inc.

## [PROPOSED] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Susan Illston
Judge, United States District Court