1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Andrea M. Weiss (SBN 252429)
3  *aweiss@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   AMY'S KITCHEN, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 COREY GILBERT, individually and on behalf      Case No. 3:14-cv-04380-SI
   of all others similarly situated,
                                                  **JOINT STIPULATION TO CONTINUE**
13             Plaintiff,                         **JULY 7, 2016 STATUS CONFERENCE**

14     v.                                         [Proposed Order Attached]

15 AMY'S KITCHEN, INC.                            Action Filed:  September 29, 2014

16             Defendant.                         Date:  July 7, 2016
                                                  Time:  2:00 p.m.
17                                                Courtroom:  1

Plaintiff Corey Gilbert and defendant Amy's Kitchen, Inc., by and through their respective counsel of record, enter into the following stipulation, subject to Court approval, continuing the July 7, 2016 Status Conference in this action:

WHEREAS, this action has been stayed pending the Food and Drug Administration's ("FDA") review of its draft guidance on the use of the term "evaporated cane juice" on food product labels;

WHEREAS, on May 25, 2016, FDA issued its final guidance entitled "Ingredients Declared as Evaporated Cane Juice";

WHEREAS, in light of FDA's issuance of its final guidance, on June 16, 2016, the Court ordered that the parties appear for a status conference on July 7, 2016 at 2:00 p.m.;

WHEREAS, during the stay of this action and prior to FDA's issuance of its final guidance, the parties had agreed to participate in private mediation;

WHEREAS, the agreed-to mediation has been scheduled for August 8, 2016;

WHEREAS, in the interest of efficiency, the parties have agreed to continue the July 7, 2016 Status Conference so that the August 8, 2016 mediation will take place first; and

WHEREAS, this stipulation is not being presented to cause unnecessary delay, or for any other improper purpose;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff and Amy's Kitchen, subject to approval from the Court, that the Status Conference will be continued to September 9, 2016 at 3:00 p.m., or a date and time otherwise convenient for the Court, and the parties will file a joint status report one week in advance of the conference.

| | | |
|---|---|---|
| 1 | Dated: June 23, 2016 | Pratt & Associates |
| 2 | | |
| 3 | | By: */s/ Ben F. Pierce Gore* |
| 4 | | Ben F. Pierce Gore<br>Attorneys for Plaintiff |
| 5 | | Corey Gilbert |
| 6 | Dated: June 23, 2016 | Mayer Brown LLP<br>Dale J. Giali |
| 7 | | Andrea M. Weiss |
| 8 | | |
| 9 | | By: */s/ Andrea M. Weiss*<br>Andrea M. Weiss |
| 10 | | Attorneys for Defendant<br>AMY'S KITCHEN, INC. |

I, Andrea M. Weiss, attest that Pierce Gore has approved the above stipulation and consents to its filing in this action.

*/s/ Andrea M. Weiss*

MAYER BROWN LLP
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
Andrea M. Weiss (SBN 252429)
*aweiss@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
AMY'S KITCHEN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY GILBERT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMY'S KITCHEN, INC.<br><br>    Defendant. | Case No. 3:14-cv-04380-SI<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE JULY 7, 2016 STATUS CONFERENCE**<br><br>Action Filed: September 29, 2014<br><br>Date: July 7, 2016<br>Time: 2:00 p.m.<br>Courtroom: 1 |

[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF JULY 7, 2016 STATUS
CONFERENCE; CASE NO. 3:14-cv-04380-SI

708711738.1

1  The Court, having considered the June 23, 2016 stipulation of the parties (Dkt. # 33), and
2  for good cause shown, orders that the Status Conference currently scheduled for July 7, 2016 is
3  continued to September 9, 2016 at 3:00 p.m.  The parties are to file a joint status report one week
4  in advance of the conference.

6  **IT IS SO ORDERED.**

8  Dated: \_\_\_\_6/24/16_____     By: _____
                                           The Hon. Susan Illston
9                                          Judge, United States District Court

---

1

[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF JULY 7, 2016 STATUS
CONFERENCE; CASE NO. 3:14-cv-04380-SI

708711738.1