MAYER BROWN LLP
DALE J. GIALI (SBN 150382)
*dgiali@mayerbrown.com*
ANDREA M. WEISS (SBN 252429)
*aweiss@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
AMY'S KITCHEN, INC.

PRATT & ASSOCIATES
BEN F. PIERCE GORE (SBN 128515)
*pgore@prattattorneys.com*
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile:  (408) 369-0752

CLIFFORD LAW OFFICES, P.C.
SHANNON MARIE MCNULTY
*smm@cliffordlaw.com*
120 N. LaSalle Street, 3100
Chicago, IL 60602
Telephone: (312) 899-9090
Facsimile:  (312) 251-1160

Attorneys for Plaintiff
COREY GILBERT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY GILBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMY'S KITCHEN, INC.<br><br>Defendant. | Case No. 3:14-cv-04380-SI<br><br>**STIPULATION OF DISMISSAL**<br><br>[Proposed Order Attached]<br><br>Action Filed:  September 29, 2014 |

JOINT STIPULATION; CASE NO. 3:14-CV-04380-SI

721956164

1  Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), the parties hereby stipulate to dismissal of this
2  action with prejudice.

3  DATED: October 12, 2016                    MAYER BROWN LLP

5                                              By: */s/ Dale J. Giali*
                                                    Dale J. Giali

7                                              Attorneys for Defendant
                                                AMY'S KITCHEN, INC.

9  DATED:  October 12, 2016                   PRATT & ASSOCIATES

11                                             By: */s/ Pierce Gore*
                                                    Pierce Gore

12                                             Attorneys for Plaintiff
                                                COREY GILBERT

14  DATED: October 12, 2016                   CLIFFORD LAW OFFICES, P.C.

16                                             By: */s/ Shannon M. McNulty*
                                                    Shannon M. McNulty

18                                             Attorneys for Plaintiff
                                                COREY GILBERT

### SIGNATURE ATTESTATION

I, Dale J. Giali, attest that each of the signatories identified above has approved the above stipulation and consents to its filing in this action.

                                                By:      */s/ Dale J. Giali*
                                                          Dale J. Giali

| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   | DALE J. GIALI (SBN 150382) |
| 2 | *dgiali@mayerbrown.com* |
|   | ANDREA M. WEISS (SBN 252429) |
| 3 | *aweiss@mayerbrown.com* |
|   | 350 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, CA  90071-1503 |
|   | Telephone: (213) 229-9500 |
| 5 | Facsimile:  (213) 625-0248 |
| 6 | Attorneys for Defendant |
|   | AMY'S KITCHEN, INC. |
| 7 |  |
|   | PRATT & ASSOCIATES |
| 8 | BEN F. PIERCE GORE (SBN 128515) |
|   | *pgore@prattattorneys.com* |
| 9 | 1871 The Alameda, Suite 425 |
|   | San Jose, CA 95126 |
| 10 | Telephone: (408) 429-6506 |
|    | Facsimile:  (408) 369-0752 |
| 11 |  |
|    | CLIFFORD LAW OFFICES, P.C. |
| 12 | SHANNON MARIE MCNULTY |
|    | *smm@cliffordlaw.com* |
| 13 | 120 N. LaSalle Street, 3100 |
|    | Chicago, IL 60602 |
| 14 | Telephone: (312) 899-9090 |
|    | Facsimile:  (312) 251-1160 |
| 15 |  |
|    | Attorneys for Plaintiff |
| 16 | COREY GILBERT |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY GILBERT, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-04380-SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |
| v. | Action Filed: September 29, 2014 |
| AMY'S KITCHEN, INC. | |
| Defendant. | |

1 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 10/13/16

_____
Hon. Susan Illston
Judge, United States District Court